UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DEON BROWN and
CORTEZ THURMOND,

    Defendants.

Case No. 22-CR-07

[18 U.S.C. §§ 2(a) and 1951(a)]

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

1. Beginning in or about July 2020 and continuing until in or about September 2020, in the State and Eastern District of Wisconsin, and elsewhere,

**DEON BROWN and**
**CORTEZ THURMOND**

did conspire with each other, and with others known and unknown to the grand jury, to obstruct, delay, and affect commerce, and the movement of articles and commodities in commerce, by robbery.

2. It was part of the conspiracy that the defendants, DEON BROWN and CORTEZ THURMOND, agreed to rob various commercial establishments in the Eastern District of Wisconsin and elsewhere.

3. It was further part of the conspiracy that the defendants,

    (a) identified commercial establishments to target for robbery;

    (b) concealed their identities by wearing masks and hats and other items; and,

    (c) utilized their cellular telephones in furtherance of the conspiracy.

All in violation of Title 18, United States Code, Section 1951(a).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

1. At all times material to this Indictment, the BP gas station located at 3900 Durand Avenue in Racine, Wisconsin, was a business engaged in the purchase and sale of articles and commodities in interstate and foreign commerce.

2. On or about September 13, 2020, in the State and Eastern District of Wisconsin,

**DEON BROWN and
CORTEZ THURMOND**

did obstruct, delay, and affect commerce, and the movement of articles and commodities in commerce, by robbery, in that the defendants took and obtained United States currency from and in the presence of an employee of the BP gas station, against their will by means of actual and threatened force, violence, and fear of injury.

All in violation of Title 18, United States Code, Sections 1951(a) and 2(a).

## COUNT THREE

THE GRAND JURY FURTHER CHARGES THAT:

1. At all times material to this Indictment, the BP gas station located at 1207 22nd Avenue in Kenosha, Wisconsin, was a business engaged in the purchase and sale of articles and commodities in interstate and foreign commerce.

2. On or about September 13, 2020, in the State and Eastern District of Wisconsin,

**DEON BROWN and**
**CORTEZ THURMOND**

did obstruct, delay, and affect commerce, and the movement of articles and commodities in commerce, by robbery, in that the defendants took and obtained United States currency from and in the presence of an employee of the BP gas station, against their will by means of actual and threatened force, violence, and fear of injury.

All in violation of Title 18, United States Code, Sections 1951(a) and 2(a).

A TRUE BILL

FOREPERSON

Dated: Jan 11, 2022

for RICHARD G. FROHLING
United States Attorney

3